UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAUL D. RUIZ and BRENDA J. C. RUIZ**                                                    **PLAINTIFFS**

**V.**                                                            **CIVIL ACTION NO. 1:07CV89 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                                **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [12] of State Farm Fire and Casualty Company to dismiss this action or to join Hancock Mortgage Company as a party is **DENIED**.

**SO ORDERED** this 18th day of May, 2007.

>                          s/ L. T. Senter, Jr.
>                          L. T. SENTER, JR.
>                          SENIOR JUDGE